

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

June 19, 2023

**Via CM/ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York

      Re:    **Lawal v. Shiny Lucky Cat, LLC**
                **Case #: 1:23-cv-02499-JPC**

Dear Judge Cronan:

    We represent the plaintiff in the above matter, and write to request an extension of 14 days to file the amended complaint for this matter.

    On May 18, 2023, Your Honor granted Plaintiff leave to file her amended complaint by June 19.  Due to the crush of work, we are not able to meet this due date, and ask for 14 additional days to file the amended complaint.  The new due date would be July 3, 2023.  Earlier today, we reached out to Defendant's counsel for his consent to this extension, but have not received a response as of the time of this submission.  This may be due to today's national holiday, when many offices are closed.

    This is the first such request in this matter.

    We thank Your Honor and the Court for its kind considerations and courtesies.

The request is granted.  Plaintiff shall file her amended complaint by July 3, 2023.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

SO ORDERED
Date: June 20, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge